**Order entered April 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00070-CR
No. 05-13-00084-CR
No. 05-13-00090-CR

**DOCK TYRONE MURRAY JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-45384-V, F11-45385-V, F11-45386-V**

## ORDER

We **GRANT** Official Court Reporter Nancy Brewer's April 3, 2013 request for an extension of time to file the reporter's record. The reporter's record shall be due on **May 10, 2013**.


/s/      LANA MYERS
         JUSTICE